IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DI'ONNA FALLEN, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. PWG-15-2810 |
| IRS DEPARTMENT OF TREASURY, | * | |
| Defendant. | * | |
| | *** | |

## ORDER

Plaintiff filed a complaint on September 17, 2015, ECF No. 1, but Defendant has not been served. Following the denial of her motion to proceed *in forma pauperis*, Plaintiff submitted a letter, stating that she is "going to decline [the] court services at this time." ECF No. 5. I construe this letter as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is this 28th day of October, 2015, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's October 19, 2015 letter, construed as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), IS APPROVED;

2. This case IS DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i);

3. The Clerk SHALL CLOSE this case; and

4. The Clerk SHALL SEND a copy of this Order to Plaintiff.

_____
Paul W. Grimm
United States District Judge